State v. West

---

STATE OF NORTH CAROLINA v. ACIE WEST

No. 738SC371

(Filed 9 May 1973)

APPEAL by defendant from *Webb, Judge,* 27 November 1972 Session of Superior Court held in WAYNE County.

*Attorney General Robert Morgan by Ralf F. Haskell, Associate Attorney General, for the State.*

*J. Faison Thomson, Jr., for defendant appellant.*

VAUGHN, Judge.

Defendant entered pleas of guilty to bills of indictment charging two counts of felonious larceny and two counts of felonious breaking and entering. After appropriate inquiry, the court adjudged that the pleas were freely, understandingly and voluntarily entered. Judgments were entered imposing two concurrent prison sentences of ten years each which, in turn, were to run concurrently with a sentence then being served by defendant in the federal prison system. A five years sentence, to begin at the expiration of the ten years sentence, was also imposed. Defendant was represented at trial and on this appeal at the expense of the State. We have examined defendant's

assignments of error and find them to be without merit. The judgments from which defendant appealed are affirmed.

Affirmed.

Judges BRITT and MORRIS concur.